IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| | § | Case No. 4:18-CR-00368 |
| v. | § | |
| | § | |
| | § | |
| RONNIE MCADA, JR. (05) | § | |

# DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST

Defendant Ronnie McAda submits the following list of exhibits that may be used in his defense at trial. Defendant adopts all government exhibit lists filed in this case. Defendant reserves the right to supplement or amend this exhibit list, subject to rulings of the Court or submissions by the government.

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 1. | 10-28-2014 | Email from Scott Breimeister to Ronnie McAda, et al. | DOJ-SMUBSSB-0000201233 – 0000201234 | | |
| 2. | 10-28-2014 | Email from attorney Gil Ganucheau to Scott Breimeister and Ronnie McAda, et al. | DOJ-SMUBSSB-0000214761 – 0000214762 | | |
| 3. | 11-17-2014 | Email from Scott Breimeister to attorney Gil Ganucheau, copying Ronnie McAda, et al. | DOJ-CMUBSSB-0000216225 – 0000216227 | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 4. | 11-01-2015 | Letter from Dr. Kennedy | DOJ_18CR368-0080127 – 0080132 | | |
| 5. | 11-18-2015 | Letter from Dr. Kennedy | DOJ_18CR368-0080133 – 0080135 | | |
| 6. | 05-14-2014 | Email from Raghuveer Chintalapally to Ryan Bartis, Scott Breimeister, and Mike Odell | DOJ-SMUBSSB-0000023371 – 0000023372 | | |
| 7. | 06-26-2014 | Email from Raghuveer Chintalapally to Ryan Bartis and Ronnie McAda, et al. | DOJ-SMUBSSB-0000117857 – 0000117858 | | |
| 8. | 12-12-2013 | Pharmacy script pad for patient R.B. | No Bates  Custodian: DOJ Title: 101514.pdf Path:  Folder 9\2018.06.06\PK Images (OPP & OPHC PRE IMAGE SPLIT)\OPP PK Records\PK Records\Prescriptions | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 2**

| **Ex.** | **Date** | **Description** | **Bates Number** | **Date Offered** | **Date Admitted** |
|---|---|---|---|---|---|
| 9. | 12-12-2013 | Pharmacy script pad for patient A.B. | No Bates<br><br>Custodian: DOJ<br>Title: 101516.pdf<br>Path: Folder 9\2018.06.06\PK Images (OPP & OPHC PRE IMAGE SPLIT)\OPP PK Records\PK Records\Prescriptions | | |
| 10. | | Dr. Kennedy's OmniMD records for patient A.B. | DOJ_18CR368-0116172 – 0116180 | | |
| 11. | | Dr. Kennedy's OmniMD records for patient B.B. | DOJ_18CR368-0116181 – 0116189 | | |
| 12. | | Dr. Kennedy's OmniMD records for patient R.B. | DOJ_18CR368-0116190 – 0116198 | | |
| 13. | | Dr. Kennedy's OmniMD records for patient S.B. | DOJ_18CR368-0116199 – 0116206 | | |
| 14. | | Dr. Kennedy's OmniMD records for patient Z.B. | DOJ_18CR368-0116207 – 0116213 | | |
| 15. | | Dr. Kennedy's OmniMD records for patient A.B. and scripts | DOJ_18CR368-0124231 – 0124242 | | |
| 16. | 12-10-2013<br>12-12-2013 | Dr. Kennedy's OmniMD records for patient B.B. and scripts | DOJ_18CR368-0124243 – 0124253 | | |
| 17. | | Dr. Kennedy's OmniMD records for patient R.B. and scripts | DOJ_18CR368-0124254 – 0124264 | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 3**

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 18. | | Dr. Kennedy's OmniMD records for patient S.B. and scripts | DOJ_18CR368-0124265 – 0124275 | | |
| 19. | | Dr. Kennedy's OmniMD records for patient Z.B. | DOJ_18CR368-0124276 – 0124284 | | |
| 20. | | Dr. Kennedy's OmniMD records for Brandon Sigmon patients. | DOJ_18CR368-0144899 – 0144913 | | |
| 21. | 06-13-2014 | Prescription refill request for patient A.B. | No Bates<br><br>Custodian: DOJ<br>Title: 7148_33879.JPG<br>Path: Folder 1\OPP (Omniplus Pharmacy)\Shares\pk\Images\PKSImg\UManaged\TELEPHONE RX\2014\8 | | |
| 22. | 06-15-2005 – 12-15-2015 | CVS patient prescription record for patient B.B. | DOJ_18CR368-0080034 – 0080041 | | |
| 23. | 06-16-2005 – 12-15-2015 | CVS patient prescription record for patient S.B. | DOJ_18CR368-0080137 – 0080143 | | |
| 24. | 06-15-2005 – 12-15-2015 | CVS patient prescription record for patient Z.B. | DOJ_18CR368-0080154 – 0080159 | | |
| 25. | Dec. 2015 | Medallion Health Group – December 2015 Commissions | PHARMS_001367 | | |
| 26. | 08-25-2014 | Email from Raghuveer Chintalapally to Sean Maness and Ronnie McAda regarding Hormone Replacement Pellets | MCADA 0221 - 222 | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 4**

| **Ex.** | **Date** | **Description** | **Bates Number** | **Date Offered** | **Date Admitted** |
|---|---|---|---|---|---|
| 27. | 07-01-2015 | Medallion / Pharms LLC Sales Representation Agreement | MCADA 0212 – 220 | | |
| 28. | 03-14-2014 | Email from Brian Swiencinski to Ronnie McAda | DOJ-SMUBSSB-0000126743; DOJ-SMUBSSB-0000126747 – 0000126848; and DOJ-SMUBSSB-0000126749 - 0000126774 | | |
| 29. | 09-27-2013 | Email from Brian Swiencinski to Ronnie McAda | DOJ-SMUBSSB-0000007541 | | |
| 30. | 04-15-2015 | Email from Brian Madrid to Brian Swiencinski | DOJ-SMUBSSB-0000004351; DOJ-SMUBSSB-0000004352 – 4353 | | |
| 31. | 05-21-2015 | Email from Brandon Sigmon to Brian Swiensinski | DOJ-SMUBSSB-0000075183 - 0000075184 | | |
| 32. | 11-17-2014 | Transcribed voicemail left for Janet Palomo at CVS/Caremark by Dr. Kennedy | DOJ-18CR368-0085562 | | |
| 33. | 03-07-2014 | Fax return from Dr. Kennedy in response to CVS/Caremark's Prescriber Verification Request | DOJ-18CR368-0085575 – 85576 | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 5**

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 34. | 10-28-2014 | Bank of America Records<br>• Medallion Diagnostics LLC - Account Number: 2938 | DOJ-18CR368-0132870 - 0133326 | | |
| 35. | 10-30-2014 | Bank of America Records<br>• Medallion Health Group LLC - Account Number: 3570 | DOJ-18CR368-0133327 – 013948; 0135286 – 0135315 | | |
| 36. | 03-27-2014 – 01-31-2018 | Bank of America Records<br>• Medallion Health Group LLC - Account Number: 9972 | DOJ-18CR368-0133949 – 0134965 | | |
| 37. | | Bank of America Records<br>• Medallion Health Group, LLC - Account Number: 9985 | DOJ_18CR368-0134966 - 00135160 | | |
| 38. | | Credit Union of Texas Records<br>• Ronnie McAda and Laura McAda - Account Number: 7661 | DOJ-18CR368-0135873 – 0137127 | | |
| 39. | | Mesquite Credit Union Records<br>• Ronnie McAda | DOJ-18CR368-0138373 – 0138405 | | |
| 40. | | Wells Fargo Business Market Savings Account - Elite Health Providers, LLC<br>• Account Number: 1411 | DOJ_18CR368-0138406 - 0138419 | | |
| 41. | | Wells Fargo Bank Records – Elite Health Providers, LLC<br>• Account Number: 3185 | DOJ_18CR368-0138420 - 0138453 | | |
| 42. | 03-31-2014 – 12-31-2014 | Pharms, LLC Payroll Details | DOJ-18CR368-0001031 – 0001052 | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 6**

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 43. | 01-02-2015 – 12-31-2015 | Pharms, LLC Payroll Details | DOJ-18CR368-0001358 – 0001414 | | |
| 44. | 01-05-2016 – 03-04-2016 | Pharms, LLC Earnings Record | DOJ-18CR368-0001647 – 0001871 | | |
| 45. | 2016 | Pharms, LLC Employee Summary | DOJ-18CR368-0002391 – 0002475 | | |
| 46. | 09-11-2014 | September 11, 2014 declaration from Lesley Bond | DOJ-18CR368-0144787 - 0144788 | | |
| 47. | 01-02-2014 | Script for patient D.T. | No Bates Custodian: DOJ | | |
| 48. | 02-04-2014 | Script for patient P.H. | No Bates Custodian: DOJ | | |
| 49. | 02-04-2014 | Script for patient B.H. | No Bates Custodian: DOJ | | |
| 50. | 01-02-2014 | Script for patient L.T. | No Bates Custodian: DOJ | | |
| 51. | 01-02-2014 | Script for patient J.T. | No Bates Custodian: DOJ | | |
| 52. | 01-02-2014 | Script for patient S.T. | No Bates Custodian: DOJ | | |
| 53. | 01-02-2014 | Script for patient G.T. | No Bates Custodian: DOJ | | |
| 54. | 11-07-2013 | Script for patient W.V. | No Bates Custodian: DOJ | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 55. | 11-07-2013 | Script for patient K.V. | No Bates Custodian: DOJ | | |
| 56. | 11-07-2013 | Script for patient L.V. | Need Bates number. | | |
| 57. | 10-29-2013 | Script for patient A.M. | No Bates Custodian: DOJ | | |
| 58. | 10-29-2013 | Script for patient R.M. | No Bates Custodian: DOJ | | |
| 59. | 10-29-2013 | Script for patient R.M. | No Bates Custodian: DOJ | | |
| 60. | 10-21-2013 | Script for patient N.E. | No Bates Custodian: DOJ | | |
| 61. | 10-21-2013 | Script for patient S.E. | No Bates Custodian: DOJ | | |
| 62. | 10-21-2013 | Script for patient H.E. | No Bates Custodian: DOJ | | |
| 63. | 10-17-2013 | Script for patient M.V. | No Bates Custodian: DOJ | | |
| 64. | 09-20-2013 | OmniPlus Script for patient R.M. | No Bates Custodian: DOJ | | |
| 65. | 10-15-2013 | Check from Omniplus Healthcare LP to Fireball Health, Inc. and chart | OmniPHC_000099 | | |
| 66. | June 2015 | Medallion Health Group – June 2015 Commissions | PHRMS_000778 | | |
| 67. | July 2016 | CVS/Caremark – July 2016 Audit Chargeback | PHRMS_003041 | | |
| 68. | Feb. 2015 | Medallion Reversals – February 2015 | PHRMS_000585 | | |
| 69. | March 2015 | Medallion Reversals – March 2015 | PHRMS_000675 | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 8**

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 70. | Feb. 2016 | Medallion Reversals – February 2016 | PHRMS_001924 | | |
| 71. | April 2016 | Medallion Reversals – April 2016 | PHRMS_002418 | | |
| 72. | 06-02-2015 | Email from Peter Herbst to Julie Mueller | DOJ-SMUBSSB-0000147764 | | |
| 73. | 04-06-2015 | Email from Scott Breimeister to Brian Swiencinski, Ronnie McAda, et al. | DOJ-SMUBSSB-0000098507 – 98509 | | |
| 74. | 01-30-2014 | Email from Ronnie McAda to Dan Milosevic, Brian Swiencinski, et al. | DOJ-SMUBSSB-0000106440 – 106441 | | |
| 75. | 04-06-2015 | Email from Ronnie McAda to Scott Breimeister, Brian Swiencinski, et al. | DOJ-SMUBSSB-0000124703 – 0000124705 | | |
| 76. | 10-29-2014 | Email from Scott Breimeister to Brian Swiencinski | DOJ-SMUBSSB-0000136188 | | |
| 77. | | Copy of Dr. Colleen Kennedy Denied Claims | DOJ-SMUBSSB-0000136189 | | |
| 78. | 03-15-2015 | Email from Brian Madrid to Brian Swiencinski | DOJ-SMUBSSB-0000137178 – 0000137217 | | |
| 79. | 07-25-2015 | Email from Brian Swiencinski to Peter Herbst | DOJ-SMUBSSB-0000160737 | | |
| 80. | | July 2015 Top 10 Prescribers | DOJ-SMUBSSB-0000160738 | | |

| **Ex.** | **Date** | **Description** | **Bates Number** | **Date Offered** | **Date Admitted** |
|---|---|---|---|---|---|
| 81. | 10-09-2014 | Email from Raghuveer Chintalapally to Scott Breimeister, Brian Swiencinski, et al. | DOJ-SMUBSSB-0000181365 – 181375 | | |
| 82. | 05-15-2014 | Email from Scott Breimeister to Raghuveer Chintalapally, Brian Swiencinski, et al. | DOJ-SMUBSSB-0000196177 – 196178 | | |
| 83. | 12-13-2017 | Check to Robie Dickerson for $700 from Medallion Health Group LLC | No Bates Custodian: DOJ | | |
| 84. | July 2014 | All Pro Health Partners, LLC July 2014 Commissions | PHRMS_000074 | | |
| 85. | Sept. 2014 | All Pro Health Partners, LLC September 2014 Commissions | PHRMS_000212 | | |
| 86. | Oct. 2014 | All Pro Health Partners, LLC October 2014 Commissions | PHRMS_000259 | | |
| 87. | Nov. 2014 | All Pro Health Partners, LLC November 2014 Commissions | PHRMS_000306 | | |
| 88. | Sept. 2015 | Medallion Health Group September 2015 Commissions | PHRMS_001046 | | |
| 89. | Oct. 2015 | Medallion Health Group October 2015 Commissions | PHRMS_001141 | | |
| 90. | Nov. 2015 | Medallion Health Group November 2015 Commissions | PHRMS_001242 | | |
| 91. | Dec. 2015 | Medallion Health Group December 2015 Commissions | PHRMS_001367 | | |
| 92. | March 2016 | Medallion Health Group March 2016 Commissions | PHRMS_001832 | | |
| 93. | April 2016 | Medallion Health Group April 2016 Commissions | PHRMS_002000 | | |
| 94. | May 2016 | Medallion Health Group May 2016 Commissions | PHRMS_002238 | | |
| 95. | June 2016 | Medallion Health Group June 2016 Commissions | PHRMS_002503 | | |
| 96. | July 2016 | Medallion Health Group July 2016 Commissions | PHRMS_002655 | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 97. | Aug. 2016 | Medallion Health Group August 2016 Commissions | PHRMS_003133 | | |
| 98. | Sept 2016 | Medallion Health Group September 2016 Commissions | PHRMS_003275 | | |
| 99. | Oct 2016 | Medallion Health Group October 2016 Commissions | PHRMS_003423 | | |
| 100. | Nov 2016 | Medallion Health Group November 2016 Commissions | PHRMS_003593 | | |
| 101. | Dec 2016 | Medallion Health Group December 2016 Commissions | PHRMS_004004 | | |
| 102. | Jan. 2016 | Medallion Health Group January 2016 Commissions | PHRMS_001509 | | |
| 103. | Feb. 2016 | Medallion Health Group February 2016 Commissions | PHRMS_001667 | | |
| 104. | March 2016 | Medallion Health Group March 2016 Commissions | PHRMS_001832 | | |
| 105. | 02-02-2015 | Letter from Dr. Kennedy | MCADA 003 - 4 | | |
| 106. | 01-12-2016 | Therapeutic Interchange Authorization Form | MCADA 0209 | | |
| 107. | | Records for patient L.B. | DOJ_18CR368-0116224 – 0116230 | | |
| 108. | | Records for patient G.T. | DOJ_18CR368-0118901 – 0118902 | | |
| 109. | | Marketing documents for Kennedy Bariatrics | DOJ_18CR368-0144803 – 0144828 | | |
| 110. | | RX Form – Dr. Colleen Kennedy | DOJ_18CR368-0144803 | | |
| 111. | | OmniPlus Pharmacy Pamphlet | MCADA 0008 - 9 | | |
| 112. | | OmniPlus Pharmacy Pamphlet | MCADA 0010 | | |
| 113. | Nov. 2015 | OmniPlus Blank Compounding Script Form – November 2015 | MCADA 0011 | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 114. | | OmniPlus Blank Compounding Script Form – REME-D | MCADA 0012 | | |
| 115. | Sept. 2015 | OmniPlus Blank Compounding Script Form – September 2015 | MCADA 0013 | | |
| 116. | | OmniPlus Blank Compounding Script Form | MCADA 0014 | | |
| 117. | | OmniPlus Blank Compounding Script Form | MCADA 0015 | | |
| 118. | | OmniPlus Blank Compounding Script Form – DERM | MCADA 0016 | | |
| 119. | 05-13-2015 | Email from Peter Herbst to Brad Madrid and Brandon Sigmon | DOJ-SMUBSSB-0000158167 | | |
| 120. | | Medallion Group Progress Report | DOJ-SMUBSSB-0000158169 | | |
| 121. | 2014 | Elite Health Providers, LLC K-1 | MCADA 0223 | | |
| 122. | 2014 | All Pro Health Partners, LLC K-1 | MCADA 0224 | | |
| 123. | 08-13-2022 | Franchise Tax Account Status Medallion Health Group, LLC | MCADA 0225 - 227 | | |
| 124. | 05-22-2014 | Medallion Prescription Request Form and related notes | MCADA 0228 - 230 | | |
| 125. | 03-26-2014 | Sales Force Agreement, Koach Medical, LLC | MCADA 0231 - 239 | | |
| 126. | 06-01-2014 | Sales Representative Agreement, Benjamin Pogue | MCADA 0240 - 0249 | | |
| 127. | 08-19-2014 | Sales Representative Agreement, Carly Valdez | MCADA 0250- 259 | | |
| 128. | 05-01-2014 | Sales Representative Agreement, Christopher Brock | MCADA 0260 - 269 | | |
| 129. | 03-31-2014 | Sales Representative Agreement, Donna Clark | MCADA 0270 - 279 | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 130. | 05-28-2014 | Sales Representative Agreement, John Bailey | MCADA 0280 - 289 | | |
| 131. | 04-11-2014 | Sales Representative Agreement, John Custer | MCADA 0290 - 299 | | |
| 132. | 07-07-2014 | Sales Representative Agreement, Kelly Allred | MCADA 0300 - 309 | | |
| 133. | 06-19-2015 | Independent Sales Representative Agreement, Ryan Bartis | MCADA 0310 - 311 | | |
| 134. | 05-27-2014 | Sales Representative Agreement, Sean Ehrhart | MCADA 0312 - 321 | | |
| 135. | 03-28-2014 | Sales Representative Agreement, Tony Clark | MCADA 0323 - 332 | | |
| 136. | 05-12-2014 | Sales Representative Agreement, Mark Van Vessem | MCADA 0333 - 342 | | |
| 137. | 05-12-2014 | Sales Representative Agreement, Ryan Bartis | MCADA 0343 - 352 | | |
| 138. | 05-25-2014 | Sales Representative Agreement, Romany Gordon | MCADA 0353 - 362 | | |
| 139. | 08-24-2022 | Franchise Tax Account Status Elite Health Providers, LLC | MCADA 0745 - 746 | | |
| 140. | | Texas Secretary of State Certificate of Formation – Mac Brown Partners, LLC | MCADA 0367 - 369 | | |
| 141. | 2014 | 1096 filer Medallion Health Group LLC | MCADA 00364 - 365 | | |
| 142. | 2015 | 1099 to Medallion from PHARMS | DOJ_18CR368-149279 | | |
| 143. | 11-29-2014 | Medallion Health Group, LLC Check #1139 Payable to Lesley Bond for $17,691.00 | DOJ_18CR368-0134076 | | |
| 144. | 04-3-2015 | Email from Brandon Sigmon to Ray Vanek | MCADA 0370 - 371 | | |
| 145. | | Medallion Health Group – January 2015 Commissions | PHARMS_000439 | | |
| 146. | 2016 | Medallion 1099s and W-2s | MCADA 0374 - 415 | | |
| 147. | 04-05-2016 04-06-2016 | Ryan Bartis Job Offer | MCADA 0416 | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 148. | 01-10-2014 | Letter from Elite Health Providers, LLC to Ronnie McAda | MCADA 0417 - 419 | | |
| 149. | 2014 | 2014 Summary Re: 1099-Misc. Forms for Medallion Health Group Employees | MCADA 0420 - 439 | | |
| 150. | 2013 | Ronnie and Laura McAda Tax Returns | MCADA 0440 - 516 | | |
| 151. | 2014 | Ronnie and Laura McAda Tax Return | MCADA 0517 - 559 | | |
| 152. | 2015 | Ronnie and Laura McAda Tax Return | MCADA 0560 - 577 | | |
| 153. | 01-04-2018 | Transcript of Ronnie McAda interview | MCADA 0578 - 684 | | |
| 154. | 01-04-2018 | Ronnie McAda Recorded Interview | No Bates | | |
| 155. | 2013 | Photo – A.M. | MCADA 0044 | | |
| 156. | 2013 | Photo – A.M. | MCADA 0045 | | |
| 157. | 2013 | Photo – A.M. | MCADA 0046 | | |
| 158. | | Photo – A.M. | MCADA 0047 | | |
| 159. | 2014 | Photo – A.M. | MCADA 0048 | | |
| 160. | 2013 | Photo – M.M. | MCADA 0049 | | |
| 161. | 2013 | Photo – M.M. | MCADA 0050 | | |
| 162. | | Photo – T.M. | MCADA 0051 | | |
| 163. | 2013 | Photo – T.M. | MCADA 0052 | | |
| 164. | 2013 | Photo – T.M. | MCADA 0053 | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 165. | 03-25-15 | Email from Ronnie McAda to Ben Pogue, attaching Patient P. T.– Medical Record | MCADA 0054 – 59 | | |
| 166. | 05-05-14 | Email from Ronnie McAda to Dan Milosevic, attaching W-9 for All Pro Health Partners, LLC | MCADA 0060 – 61 | | |
| 167. | 02-21-14 | Email from Raghuveer Chintalapally to Cynthia LNU and Ronnie McAda | MCADA 0062 - 116 | | |
| 168. | 01-10-14 | Email from Ronnie McAda to Lesley Bond | MCADA 0128 - 131 | | |
| 169. | 02-24-14 | Email from Raghuveer Chintalapally to Cynthia LNU, Ronnie McAda, Scott Breimeister | MCADA 0157 - 164 | | |
| 170. | 02-25-14 | Email from Raghuveer Chintalapally to Cynthia LNU, Ronnie McAda, Scott Breimeister | MCADA 0165 - 185 | | |
| 171. | 02-21-14 | Email, Raghuveer Chantalapally to Cynthia LNU, Ronnie McAda | MCADA 0195 - 197 | | |
| 172. | | Medallion Health Group Employee 1099s | MCADA 0686 - 744 | | |
| 173. | 08-24-2022 | Franchise Tax Account Status All Pro Health Partners, LLC | MCADA 0747 - 748 | | |
| 174. | | Texas Secretary of State Certification re: The Iowa Group, Inc. Corporate Records | MCADA 0776 - 792 | | |
| 175. | 11-17-14 | Email from Brad Madrid to Headwater Group (Abby Raney), Ronnie McAda, attaching: All Pro Health Partners – October 2014 Commissions | MCADA 0186 - 194 | | |
| 176. | 2015 | All Pro Health Partners – February 2015 Commission (Brandon Sigmon) | PHRMS_000469 | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 15**

| **Ex.** | **Date** | **Description** | **Bates Number** | **Date Offered** | **Date Admitted** |
|---|---|---|---|---|---|
| 177. | 2015 | The Headwater Group – February 2015 Commissions (Abby Raney) | DOJ-SMUBSSB-0000011039 | | |
| 178. | | West Point – Graduation Documentation | MCADA 0886 - 887 | | |
| 179. | | Wells Fargo Bank Records: Brandon Sigmon | | | |
| 180. | | ADP Payroll and Tax Records | MCADA 0794 - 885 | | |
| 181. | | Dr. Kennedy Medical Records Patient Ingrid Brewster | KENNEDY000001 – 97 | | |
| 182. | | Dr. Kennedy Medical Records Patient Noreen Davis (Gaston) | KENNEDY000098 – 595 | | |
| 183. | | Dr. Kennedy Medical Records Patient Shawna White | KENNEDY000596 – 915 | | |
| 184. | | Dr. Kennedy Medical Records Patient Bryan K. Allen | KENNEDY000916 – 1253 | | |
| 185. | | Dr. Kennedy Medical Records Patient Ella Burton | KENNEDY001254 – 1522 | | |
| 186. | | Dr. Kennedy Medical Records Patient Karen Holland | KENNEDY001523 – 1796 | | |
| 187. | | Dr. Kennedy Medical Records Patient Diana G. Jones | KENNEDY001797 – 1874 | | |
| 188. | | Dr. Kennedy Medical Records Patient Lee Burton | KENNEDY001875 – 2049 | | |
| 189. | | Dr. Kennedy Medical Records Patient Dora M. Melson | KENNEDY002050 – 2214 | | |
| 190. | | Dr. Kennedy Medical Records Patient Sheree L. Runyan | KENNEDY002215 – 2526 | | |
| 191. | | RESERVED | | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 192. | | RESERVED | | | |
| 193. | | RESERVED | | | |
| 194. | | RESERVED | | | |
| 195. | | RESERVED | | | |
| 196. | | RESERVED | | | |
| 197. | | RESERVED | | | |
| 198. | | RESERVED | | | |
| 199. | | RESERVED | | | |
| 200. | | RESERVED | | | |
| 201. | | RESERVED | | | |
| 202. | | RESERVED | | | |
| 203. | | RESERVED | | | |
| 204. | | RESERVED | | | |
| 205. | | RESERVED | | | |
| 206. | | RESERVED | | | |
| 207. | | RESERVED | | | |
| 208. | | RESERVED | | | |
| 209. | | RESERVED | | | |
| 210. | | RESERVED | | | |
| 211. | | RESERVED | | | |
| 212. | | RESERVED | | | |
| 213. | | RESERVED | | | |
| 214. | | RESERVED | | | |

| Ex. | Date | Description | Bates Number | Date Offered | Date Admitted |
|---|---|---|---|---|---|
| 215. | | RESERVED | | | |
| 216. | | RESERVED | | | |
| 217. | | RESERVED | | | |
| 218. | | RESERVED | | | |
| 219. | | RESERVED | | | |
| 220. | | RESERVED | | | |
| 221. | | RESERVED | | | |

**DEFENDANT RONNIE MCADA'S AMENDED EXHIBIT LIST– Page 18**

Dated: November 1, 2022.

                                         Respectfully submitted,

By: */s/ Jeff Ansley*
Jeffrey J. Ansley
Texas Bar No. 00790235
jansley@vedderprice.com
Arianna G. Goodman
Texas Bar No. 24109938
agoodman@vedderprice.com
Samuel M. Deau
S.D. Tex. No. 3791231
sdeau@vedderprice.com

VEDDER | PRICE
100 Crescent Court, Suite 350
Dallas, Texas 75201
Telephone: 469.895.4790
**ATTORNEYS FOR DEFENDANT
RONNIE MCADA, JR.**

## CERTIFICATE OF SERVICE

     I certify that on November 1, 2022, I electronically transmitted the foregoing document to the Clerk for the U.S. District Court, Southern District of Texas, using the ECF system of the Court.

                                         */s/ Jeff Ansley*
                                         Jeffrey J. Ansley