IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § § | |
| BRIAN SWIENCINSKI (01) § | Case No. 4:18-CR-00368 |
| SCOTT BREIMEISTER (02) § | |
| VLADIMIR REDKO, M.D. (03) § | |
| CHRISTOPHER INCE, M.D. (04) § | |
| RONNIE MCADA, JR. (05) § | |

**DEFENDANT RONNIE MCADA'S NOTICE OF INTENT TO OFFER
EVIDENCE PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) AND 902(11)**

TO THE HONORABLE ALFRED H. BENNETT:

Defendant Ronnie McAda, Jr. ("Defendant") gives notice of his intention to introduce the following business records by declaration under Rules 803(6) and 902(11) of the Federal Rules of Evidence, all of which may be introduced pursuant to a Certificate of Authenticity ("Certificate"), signed by a custodian of record and/or another qualified person attesting that the records in question are authentic:

1. Automatic Data Processing, Inc. ("ADP") payroll and employer tax records regarding Medallion Health Group, LLC, identified as Defendant McAda Trial Exhibit 180, with a Certificate of Authenticity dated October 31, 2022;

2. Kennedy Bariatrics records, identified as Defendant McAda Trial Exhibits 181 through 190, with a Certificate of Authenticity dated October 31, 2022;

3. Groce Law Firm, Ltd. records, identified as Defendant McAda Trial Exhibit 152, with a Certificate of Authenticity dated October 14, 2022;

4. Saville Dodgen & Company records, identified as Defendant McAda Trial Exhibit 151, with a Certificate of Authenticity dated October 19, 2022;

5. Al Pugh & Co. records identified, as Defendant McAda Trial Exhibit 150, with a Certificate of Authenticity dated October 26, 2022;

6. Levine & Company, P.C. records, identified as DOJ_18R3368-0148947 – DOJ_18CR368-00149303, with a Certificate of Authenticity forthcoming;

7. Pharms, L.L.C. records, identified as Defendant McAda Trial Exhibits 25, 66, 68 – 71, 84 – 104 and 145 with a Certificate of Authenticity forthcoming.

Dated: November 1, 2022.

Respectfully submitted,

By: */s/ Jeff Ansley*
Jeffrey J. Ansley
Texas Bar No. 00790235
jansley@vedderprice.com
Arianna G. Goodman
Texas Bar No. 24109938
agoodman@vedderprice.com
Samuel M. Deau
S.D. Tex. No. 3791231
sdeau@vedderprice.com

**VEDDER | PRICE, P.C.**
100 Crescent Court, Suite 350
Dallas, Texas 75201
Telephone: 469.895.4790

**ATTORNEYS FOR DEFENDANT
RONNIE MCADA, JR.**

## CERTIFICATE OF SERVICE

  I certify that on November 1, 2022, I electronically transmitted the foregoing document to the Clerk for the U.S. District Court, Southern District of Texas, using the ECF system of the Court.

            */s/ Jeff Ansley*
            Jeffrey J. Ansley