IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § v. § § § § RONNIE MCADA, JR. (05) § | Case No. 4:18-CR-00368 |

### DEFENDANT'S WAIVER OF ATTENDANCE AT PRE-TRIAL CONFERENCE

A Pre-Trial Conference is scheduled in this case for November 3, 2022 at 1:00 p.m. I have been fully informed about this hearing, including my right to attend the hearing. I understand the matters that will be addressed at the Pre-Trial Conference, as well as various other matters related to the trial. I do not believe my presence at this Conference is needed, and I do not wish to be present for this Conference. Accordingly, I knowingly and voluntarily waive any right I may have to be present for the Pre-Trial Conference.

_____
RONNIE MCADA, JR.

11-3-2022
_____
DATE

### CERTIFICATE OF SERVICE

I certify that on November 3, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

/s/ *Jeffrey J. Ansley*
Jeffrey J. Ansley