UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:18–cr–00368

Ronnie Mcada, Jr

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
by telephone
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 11/4/2022

**TIME:** 03:45 PM

**TYPE OF PROCEEDING:** Telephone Conference

Date:   November 4, 2022

Nathan Ochsner, Clerk