IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Case No. 4:18-CR-00368 |
| RONNIE MCADA, JR. (05) | § | |

## ORDER

Defendant Ronnie McAda, Jr.'s Opposed Motion to Dismiss the Superseding Indictment, to Bar Retrial based on Double Jeopardy, and for Other Relief is **GRANTED**. A more detailed order will follow.

SIGHTED ON _____, 2023.

_____
Honorable Alfred H. Bennett
United States District Judge

**ORDER – SOLO PAGE**