IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | Case No. 4:18-CR-00368 |
| RONNIE MCADA, JR. (05) | § | |

**DEFENDANT'S WAIVER OF ATTENDANCE AT APRIL 4, 2023 STATUS CONFERENCE ON GOVERNMENT MISCONDUCT**

A status conference is scheduled in this case for April 4, 2023 at 1:30 p.m. This waiver of attendance is being filed out of an abundance of caution. I have been fully informed about this status conference, including my right to attend the status conference. I understand the matters that will be addressed at the status conference. I will be at the status conference telephonically. However, I do not believe my physical presence at this status conference is needed, and I do not wish to be present for this status conference. Accordingly, I knowingly and voluntarily waive any right I may have to be physically present for the status conference.

_____
RONNIE MCADA, JR.

_____April 4, 2023_____
DATE

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

/s/ Jeffrey J. Ansley
Jeffrey J. Ansley