# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §   Case No. 4:18-CR-00368 |
| v. | § |
| | § |
| | § |
| RONNIE MCADA, JR. | § |

## ORDER ON UNOPPOSED MOTION TO APPROVE DOMESTIC TRAVEL

Before the Court is Defendant Ronnie McAda, Jr.'s Unopposed Motion to Approve Domestic travel (ECF No. 449). After consideration of the relevant filings and applicable law, the Court finds that the defendant's motion should be and is GRANTED.

IT IS THEREFORE ORDERED that Defendant Ronnie McAda, Jr. is authorized to travel to Springdale, Arkansas from April 14, 2023 to April 16, 2023.

SO ORDERED.

**SIGNED** this _____ day of _____, 2023.

_____
JUDGE ALFRED H BENNETT
U.S. DISTRICT JUDGE