# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | §   Case No. 4:18-CR-00368 |
| v. | § |
| | § |
| | § |
| RONNIE MCADA, JR. | § |

## ORDER ON DEFENDANT RONNIE MCADA, JR.'S OPPOSED MOTION FOR WITHDRAWAL AND RECONSIDERATION OF THE COURT'S ORDER DENYING HIS MOTION TO DISMISS ON DOUBLE JEOPARDY GROUNDS, AND MOTION TO MAKE FINDINGS OF FACT AND CONCLUSIONS OF LAW

Ronnie McAda, Jr.'s Opposed Motion for Withdrawal and Reconsideration of the Court's Order Denying His Motion to Dismiss on Double Jeopardy Grounds, and Motion to Make Findings of Fact and Conclusions of Law is **GRANTED**.

The Court **WITHDRAWS** its order of April 4, 2023, denying Mr. McAda's opposed motion to bar a retrial based on double jeopardy.

The Court **ORDERS** the government to respond to Mr. McAda's opposed motion to bar a retrial based on double jeopardy by April 28, 2023.

The Court **SETS** Mr. McAda's opposed motion to bar a retrial based on double jeopardy for a hearing on May 4, 2023, at 2:30 p.m.

**SO ORDERED.**

**SIGNED** this _____ day of _____, 2023.

_____
The Honorable Alfred H. Bennett
United States District Judge

ORDER – PAGE 1