IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § |
| v. | § § § Case No. 4:18-CR-00368 |
| RONNIE MCADA, JR. (05) | § § |

**DEFENDANT'S WAIVER OF ATTENDANCE AT MAY 26, 2023 HEARING ON MOTION TO BAR RETRIAL BASED ON DOUBLE JEOPARDY**

A hearing on the Motion to Bar Retrial Based on Double Jeopardy is scheduled in this case for May 26, 2023 at 2:30 p.m. I have been fully informed about this hearing, including my right to attend the hearing. I understand the matters that will be addressed at the hearing. I do not believe my presence at this hearing is needed, and I do not wish to be present for this hearing. Accordingly, I knowingly and voluntarily waive any right I may have to be present for the hearing on May 26, 2023.

_____
RONNIE MCADA, JR.

May 23, 2023
DATE

**CERTIFICATE OF SERVICE**

I certify that on May 23, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true copy of the foregoing was furnished by CM/ECF to all counsel of record.

/s/ Jeffrey J. Ansley
Jeffrey J. Ansley