United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § | Case No. 4:18-CR-00368 |
| RONNIE MCADA, JR. | § § | |

## ORDER ON UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE

Before the Court is Defendant Ronnie McAda, Jr.'s Unopposed Motion to Modify Conditions of Release (ECF No. 505). After consideration of the relevant filings and applicable law, the Court finds that the defendant's motion should be and is GRANTED.

IT IS THEREFORE ORDERED that Defendant Ronnie McAda, Jr.'s Conditions of Release are modified to allow him to travel throughout the United States without restriction.

SO ORDERED.

**SIGNED** this _____ day of _____, 20__.

JUN 2 0 2023

_____

JUDGE ALFRED H BENNETT
U.S. DISTRICT JUDGE