# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | Case No. 4:18-CR-00368 |
| v. | § | |
| | § | |
| | § | |
| RONNIE MCADA, JR. | § | |

## DEFENDANT RONNIE MCADA, JR.'S NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3 and 4(b), defendant Ronnie McAda, Jr. gives notice that he is appealing the denial of relief in this Court's Order of June 27, 2023 (ECF No. 513) to the United States Court of Appeals for the Fifth Circuit. The jurisdiction of the court of appeals is invoked under 28 U.S.C. § 1291 and *Abney v. United States*, 431 U.S. 651 (1977).

Dated: July 10, 2023

Respectfully submitted,

By: */s/ Jeff Ansley*
Jeffrey J. Ansley
Texas Bar No. 00790235
jansley@vedderprice.com
Arianna G. Goodman
Texas Bar No. 24109938
agoodman@vedderprice.com
Samuel M. Deau
Texas Bar No. 24135506
sdeau@vedderprice.com

**VEDDER | PRICE, PC**
300 Crescent Court, Suite 400
Dallas, Texas 75201
Telephone: 469.895.4790
**ATTORNEYS FOR DEFENDANT**
**RONNIE MCADA, JR.**

**DEFENDANT RONNIE MCADA, JR.'S NOTICE OF APPEAL - 1**

## CERTIFICATE OF SERVICE

      I certify that on July 10, 2023, I electronically transmitted the foregoing document to the Clerk for the U.S. District Court, Southern District of Texas, using the ECF system of the Court.

                                                     */s/ Jeff Ansley*
                                                     Jeffrey J. Ansley