# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
August 24, 2023
Nathan Ochsner, Clerk of Court

No. 23-20336

United States of America,

*Plaintiff—Appellee,*

versus

Ronnie McAda, Jr.,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-368-5

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of August 23, 2023, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 23, 2023

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

      No. 23-20336    USA v. Mcada
                         USDC No. 4:18-CR-368-5

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Rebecca L. Leto, Deputy Clerk
                    504-310-7703

cc:   Mr. Jeffrey J. Ansley
       Ms. Carmen Castillo Mitchell
       Mr. Jeremy Raymond Sanders