IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § | Case No. 4:18-CR-00368 |
| RONNIE MCADA, JR. | § § | |

### DEFENDANT RONNIE MCADA, JR.'S MOTION TO ADOPT
### DR. INCE'S MOTION FOR SEVERANCE

Defendant Ronnie McAda, Jr. ("Mr. McAda"), by and through his undersigned counsel, respectfully requests to adopt Dr. Christopher Ince's Motion for Severance filed on October 20, 2023 (ECF No. 580), including any relief that the Court may grant under the motion that is applicable to Mr. McAda.

WHEREFORE, Mr. McAda respectfully requests that his Motion to Adopt Dr. Ince's Motion for Severance be granted.

Dated: January 8, 2024

Respectfully submitted,
*/s/ Jeff Ansley*
Jeffrey J. Ansley
Texas Bar No. 00790235
jansley@vedderprice.com
Arianna G. Goodman
Texas Bar No. 24109938
agoodman@vedderprice.com
Samuel M. Deau
Texas Bar No. 24135506
sdeau@vedderprice.com

**VEDDER | PRICE, PC**
300 Crescent Court, Suite 400
Dallas, Texas 75201
Telephone: 469.895.4790
**ATTORNEYS FOR DEFENDANT
RONNIE MCADA, JR.**

**CERTIFICATE OF CONFERENCE**

I certify that on January 8, 2024, counsel for Mr. McAda conferred with counsel for the government, Nicholas Peone, regarding this motion. Mr. Peone advised that the government does not oppose the requested relief, but opposes the motion to sever and reserves the right to file a response.

                                                  */s/ Arianna Goodman*
                                                  Arianna Goodman

**CERTIFICATE OF SERVICE**

I certify that on January 8, 2024, I electronically transmitted the foregoing document to the Clerk for the U.S District Court, Southern District of Texas, using the ECF system of the Court.

                                                  */s/ Jeff Ansley*
                                                  Jeffrey J. Ansley