IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | Case No. 4:18-CR-00368 |
| v.      § | |
| § | |
| § | |
| RONNIE MCADA, JR. (05) § | |

## ORDER GRANTING RONNIE MCADA JR.'S MOTION
## TO ADOPT DR. INCE'S MOTION FOR SEVERANCE

After considering Mr. McAda's Motion to Adopt Dr. Ince's Motion for Severance, the Court is of the opinion that the Motion should be GRANTED.

IT IS SO ORDERED.

**SIGNED** this _____ day of _____, 2024.

_____
The Honorable Alfred H. Bennett
United States District Judge

**ORDER**                                                                                                          **Solo Page**