CJA-23
(Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES  ☒ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER (Specify Below)
IN THE CASE OF
United States of America  v.  Ronnie McAda, Jr.

FOR: The Southern District of Texas
AT: Houston Division

LOCATION NUMBER: 

**PERSON REPRESENTED** (Show your full name)
Ronnie McAda, Jr.

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 
District Court: 4:18-CR-00368
Court of Appeals: 

**CHARGE/OFFENSE** (Describe if applicable & check box →)  ☒ Felony  ☐ Misdemeanor
Conspiracy to Commit Mail Fraud, Wire Fraud, and Healthcare Fraud.

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☒ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☐ No ☒ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ | |
| Car/Truck/Vehicle | $ 216,000 | |
| Boat | $ | |
| Stocks/bonds | $ 17,500 | |
| Other property | $ | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☒ Yes ☐ No
IF YES, give the total approximate amount after monthly expenses $ 30,000

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 1825. | $ Rent |
| Groceries | $ 500. | $ |
| Medical expenses | $ 1000. | $ |
| Utilities | $ 500. | $ |
| Credit cards | $ 1500. | $ 43,186 |
| Car/Truck/Vehicle | $ 4627. | $ 191,000 |
| Childcare | $ | $ |
| Child support | $ | $ |
| Insurance | $ 1350. | $ |
| Loans | $ | $ |
| Fines | $ | $ |
| Other | $ 500 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

_(signature)_   Date: 1/5/2024

SIGNATURE OF DEFENDANT
(OR PERSON SEEKING REPRESENTATION)