IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | Case No. 4:18-CR-00368 |
| v. § | |
| § | |
| § | |
| RONNIE MCADA, JR. § | |

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Before the Court is Defendant Ronnie McAda, Jr.'s Motion for Appointment of Counsel. The Court finds that pursuant to 18 U.S.C. § 3006A, the reasons stated in defendant's motion, and as set forth in the supporting Financial Affidavit, the motion should be GRANTED.

IT IS THEREFORE ORDERED that Jeffrey J. Ansley, Arianna G. Goodman, and Samuel M. Deau are appointed as counsel to Defendant Ronnie McAda, Jr.

IT IS SO ORDERED.

_____     _____
Date                                                             The Honorable Alfred H. Bennett
                                                                       United States District Judge

**ORDER**                                                                                          **Solo Page**