United States District Court
Southern District of Texas
**ENTERED**
January 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 4:18-CR-00368 |
| § | |
| BRIAN SWIENCINSKI, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Defendant Ronnie McAda, Jr.'s Motion for Appointment of Counsel (the "Motion"). Doc. #593. The Government does not oppose the Motion. *Id.* at 4. The Court finds that pursuant to 18 U.S.C. § 3006A, the reasons stated in Defendant's Motion, and as set forth in the supporting Financial Affidavit, the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Jeffrey J. Ansley and Arianna G. Goodman are appointed as counsel to Defendant Ronnie McAda, Jr.

It is so ORDERED.

JAN 1 2 2024
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge