UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:18−cr−00368

Ronnie Mcada, Jr

NOTICE OF SETTING

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 2/2/2002

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   January 31, 2024

Nathan Ochsner, Clerk