AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Ronnie McAda, Jr.<br>_____<br>*Defendant* | )<br>)  Case No. 4:18-cr-368<br>)<br>)<br>) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: Feb. 2, 2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

JEFF ANSLEY
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*