UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
February 02, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, § § Plaintiffs, § § VS. § § **RONNIE MCADA, JR** § Defendant. § § § | CRIMINAL NO. 4:18-CR-00368-005 |

Order for Presentence Investigation and
Disclosure & Sentencing Dates

The defendant having been found guilty on count __1__, a presentence report is ordered.

1. By **APRIL 5, 2024**, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*)

2. By **APRIL 19, 2024,** counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By **MAY 3, 2024,** the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for **MAY 16, 2024 at 11:00 A.M.** (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

The defendant must go immediately—with a copy of this order—to: United States Probation Department Room 2301, 515 Rusk Avenue, Houston  Telephone: (713) 250-5266 . If you receive this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

SIGNED: 2/2/24

Alfred H. Bennett
United States District Judge