## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                         Case Number: 4:18–cr–00368

Ronnie Mcada, Jr

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Ronnie Mcada, Jr as set forth below.**

**Before the Honorable Alfred H Bennett**

**PLACE:**
Courtroom 9A
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/1/2024

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Sentencing

---

Date: July 22, 2024                                    Nathan Ochsner, Clerk